United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**
No. 97-3357

Edward Wright,                          *
                                        *
                Appellant,              *
                                        * Appeal from the United States
        v.                              * District Court for the
                                        * Eastern District of Arkansas.
Officer Baker, Cummins Unit,            *
Arkansas Department of Correction,      *
                                        *
                Appellee.               *    [UNPUBLISHED]

_____

Submitted: April 30, 1998
Filed: May 5. 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Edward Wright appeals the district court's[1] judgment entered upon a jury verdict in favor of defendant in this 42 U.S.C. § 1983 action. For reversal, Wright argues the district court impermissibly seated an eight-member jury. We disagree. See Fed. R. Civ. P. 48 (court shall seat jury of not fewer than six and not more than twelve members). In addition, Wright's complaints concerning his counsel are not grounds for

_____

[1]The Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

reversal in this civil action.  See Glick v. Henderson, 855 F.2d 536, 541 (8th Cir. 1988).
Accordingly, we affirm the judgment of the district court.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.